Freddie ANDAYA, a/k/a Raymond
Garcia, Plaintiff-Appellant,

v.

Detective J.P. MCCLASKEY, Det. City
of Concord Police Department; De-
tective K. Childers; Detective R. Gon-
salez; United States of America; De-
tective Kelly Seagraves; Detective
Elizabeth Love; Detective G. Bacote;
Detective J. Davis; Sheriff Kevin Au-
ten; Detective Uvaldo Rios, Defen-
dants-Appellees,

and

City of Concord, North Carolina;
Rowan County, North Carolina;
Chief Guy Smith, Defendants.

No. 17-7111

United States Court of Appeals,
Fourth Circuit.

Submitted: December 21, 2017

Decided: December 28, 2017

Freddie Andaya, Appellant Pro Se. Torin L. Fury, William L. Hill, FRAZIER HILL & FURY, RLLP, Greensboro, North Carolina; Kenneth Ray Raynor, RAYNOR LAW FIRM, PLLC, Charlotte, North Carolina; Lynne P. Klauer, Assistant United States Attorney, Steven N. Baker, OFFICE OF THE UNITED STATES ATTORNEY, Greensboro, North Carolina, for Appellees.

Before WILKINSON and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Freddie Andaya appeals the magistrate judge's text order[1] denying his Fed. R. Civ. P. 60(b) motion in which he asserted that the magistrate judge made a mistake by not appointing counsel to represent him in his 42 U.S.C. § 1983 (2012) excessive force action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Andaya v. McClaskey*, No. 1:12-cv-00093-LPA (M.D.N.C. July 25, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

1. The parties consented to the jurisdiction of a magistrate judge pursuant to 28 U.S.C.